# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JOSE RAFAEL ALAMBARRIO-CARDENAS | § § § | |
| v. | § § | CIVIL ACTION NO. 3:26-CV-0276-S-BK |
| KRISTI NOEM, et al. | § § § | |

## ORDER

Before the Court is Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction ("Motion") [ECF No. 2]. Because the Motion requests Petitioner's release from custody, it improperly seeks the ultimate relief sought in the pending Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. *See Peters v. Davis*, No. 6:17-CV-595, 2018 WL 11463602, at *2 (E.D. Tex. Mar. 28, 2018) ("[T]he purpose of a preliminary injunction is not to give a plaintiff the ultimate relief he seeks[.]" (citation omitted)). Accordingly, the Court **DENIES** the Motion. The Petition remains pending.

**SO ORDERED.**

SIGNED March 11, 2026.

_____
**UNITED STATES DISTRICT JUDGE**